Submitted December 3, 2019, affirmed January 29, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JAMES SAMSON PARIS,
*Defendant-Appellant.*

Deschutes County Circuit Court
18CR03169; A167459

456 P3d 688

Wells B. Ashby, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kyle Krohn, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Colm Moore, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and Powers, Judge, and Sercombe, Senior Judge.

PER CURIAM

Affirmed. *State v. Lord*, 301 Or App 653, 458 P3d 701 (2020).